

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

**DEBRA K. AASMUNDSTAD**
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
777 Sonoma Avenue
Santa Rosa, CA 95404-4741
TEL: (707) 575-3416
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

May 5, 2006

Bernard Zimmerman
United States Magistrate Judge
San Francisco, CA

Re:  Delgado Fajardo, Jose Maria
     Docket No.: CR 05-00528-01 BZ
     TRAVEL REQUEST

Your Honor:

On December 14, 2005, the offender was sentenced by Your Honor to one year probation, for a violation of the following: Count One: Possession of a False or Stolen U.S. Authentication Feature, 18 U.S.C. § 1028(a)(6), a Class A misdemeanor. The following special conditions of supervision were ordered: Special assessment $25.00; fine $1,000.00; comply and cooperate with ICE; no false identification; and provide true identity; defendant shall not use the name Raymond Santos. Supervision commenced on December 14, 2005.

The offender is requesting permission to travel to his property in Mexico located at Ferocaril Frente al #17 America Colima 28300 Mexico in order to oversee construction on a home he is building. The offender is requesting to leave the Northern District of California on June 28, 2006 and will drive to his aunt's home at 1546 N. Oakland Ave., Ontario, California. From there he will cross the border into Mexicali, Mexico and fly to Guadalajara, Mexico on June 30, 2006. The offender will return home on July 10, 2006. The offender has complied with all conditions of supervision thus far including payment of the special assessment and fine on December 15, 2005. The offender has also provided documentation to verify that he is in compliance with Immigration and Customs Enforcement regulations. The offender continues his permanent employment with Flora Springs Winery, in St. Helena. The Assistant U.S. Attorney has been notified and has no objections to the offender's proposed travel.

NDC-SUPV-049 11/14/05

Delgado Fajardo M. Jose Page 2
CR CR 05-00528-01 BZ

The undersigned recommends that travel be approved.

Respectfully submitted, Reviewed by:

*Christine A. Magnasco /SA/* *Sharon K. Alberts*
Christine A. Magnasco Sharon K. Alberts
U.S. Probation Officer Supervisory U.S. Probation Officer

Travel is:
☑ Approved
☐ Denied

*8 May 06* *Bernard Zimmerman*
Date Bernard Zimmerman
 United States Magistrate Judge